IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAUSE OF ACTION INSTITUTE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF JUSTICE, )<br>)<br>Defendant. )<br>) | Civil Action No. 17-01423 (JEB) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated January 8, 2018, the parties have met, conferred, and hereby report the following:

1. Defendant the Department of Justice ("DOJ") has completed its production to Plaintiff, Cause of Action Institute ("CoA Institute"), in response to CoA Institute's Freedom of Information Act ("FOIA") request for certain communications of the Office of Information Policy ("OIP") and Office of Legislative Affairs ("OLA").

2. The parties have engaged in discussions and have resolved certain issues related to this litigation but several issues remain in dispute. Accordingly, the parties believe it would be appropriate to proceed with summary judgment briefing at this time and propose the following briefing schedule:

- April 6, 2018 – Defendant shall file its motion for summary judgment;

- May 4, 2018 – Plaintiff shall file its cross-motion for summary judgment and opposition to Defendants' motion for summary judgment;

- May 25, 2018 – Defendant shall file its opposition to Plaintiff's cross-motion for summary judgment and reply in support of Defendants' motion for summary judgment;

- June 15, 2018 – Plaintiff shall file its reply in support of its cross-motion for summary judgment.

Dated: February 5, 2018                                                    Respectfully submitted,

CHAD A. READLER                                                         */s/ Ryan P. Mulvey*
Acting Assistant Attorney General                                Ryan P. Mulvey
                                                                                          D.C. Bar No. 1024362
JESSIE K. LIU                                                                 Lee A. Steven
United States Attorney                                                  D.C. Bar No. 468543

MARCIA BERMAN                                                       CAUSE OF ACTION INSTITUTE
Assistant Branch Director                                           1875 Eye Street, N.W., Suite 800
Federal Programs Branch                                           Washington, D.C. 20006
                                                                                          Telephone: (202) 499-4232
*/s/ Emily Newton*                                                       Facsimile: (202) 330-5842
EMILY NEWTON (VA Bar # 80745)                         ryan.mulvey@causeofaction.org
Trial Attorney                                                                 lee.steven@causeofaction.org
United States Department of Justice
Civil Division, Federal Programs Branch              *Counsel for Plaintiff*
20 Massachusetts Ave. NW, Room 6140
Washington, D.C. 20530
Tel: (202) 305-8356 / Fax: (202) 616-8460
emily.s.newton@usdoj.gov

*Counsel for Defendant*